1  AARON M. CLEFTON (SBN 318680)
   CLEFTON DISABILITY LAW
2  2601 Blanding Ave, Suite C
   Alameda, CA 94501
3  Telephone: 510/832-5001
   info@cleftonlaw.com
4
   Attorneys for Plaintiff
5  JOSH RICHEY

UNITED STATES DISTRICT COURT
EASTERNDISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH RICHEY,<br><br>   Plaintiff,<br><br>   v.<br><br>FENOZ LLC dba BIG PINES MOUNTAIN HOUSE OF TAHOE,<br><br>   Defendant. | CASE NO. 2:24-cv-2547-DC-AC<br><u>Civil Rights</u><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that Plaintiff JOSH RICHEY ("Plaintiff") voluntarily dismisses the above-entitled action pursuant to FRCP 41(a)(1)(i) with prejudice. Plaintiff is dismissing this action because this matter has settled. Plaintiff requests this dismissal be entered with prejudice.

Date: January 30, 2025               CLEFTON DISABILITY LAW


                                     */s/ Aaron M. Clefton*
                                     By AARON M. CLEFTON, Esq.
                                     Attorney for Plaintiff
                                     JOSH RICHEY

1

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 2:24-cv-02547-DC-AC